## DAVIDSON v. DAVIDSON.

Cost taxed against a minor in an appeal from probate.

ALPHEUS DAVIDSON a minor by his guardian, appealed from an order of the Court of Probate making certain allowances to the widow the appellee. The decree of the court was affirmed, and cost taxed against the minor, as the appeal was taken in his name.

*Sed quere*, if it ought not to have been against the guardian, who controls the minor, and then it might be allowed or not in his account against the minor, as it should appear to the Court of Probate to be reasonable or not.